**UNITED STATES COURT OF INTERNATIONAL TRADE**       **FORM 1**

---

SOUND AROUND, INC.,

                    **Plaintiff,**

    **v.**

**UNITED STATES,**
                    **Defendant.**

---

**S U M M O N S**

**Court No.**  26-03098

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles, etc. | Center (if known): | CEE007 - Electronics |
| Protest Number: | 2704-25-173554 etc. | Date Protest Filed: | 10/07/2025 |
| Importer: | Sound Around, Inc. | Date Protest Denied: | 12/19/2025 |
| Category of Merchandise: | Electronics | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BMW01027535 | 2/24/2025 | 5/16/2025 | | | |
| etc. | etc. | etc. | | | |
| | | | | | |
| | | | | | |

Elon A. Pollack, Es.
Stein Shostak Shostak Pollack & O'Hara, LLC
445 S. Figueroa Street, Suite 2388
Los Angeles, CA 90071
(213) 630-8888     elon@steinshostak.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Electronics | 9903.01.24<br>9903.01.23 | 10%<br>20% | 9903.21.23 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP incorrectly concluded that the imported products were not eligible for trade remedy exclusion due to date of exportation, date of loading or in transit after cut off date.

The issue which was common to all such denied protests:
Whether the decision to deny the protest claims are moot because the supreme court's decision declaring the IEEPA duties unlawful.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack
_____
*Signature of Plaintiff's Attorney*

June 16, 2026
_____
*Date*

# SCHEDULE OF PROTESTS

CEE007 - Electronics
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027535 | 02/24/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027196 | 02/22/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027527 | 02/25/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027782 | 02/28/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027915 | 03/05/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01027964 | 03/04/2025 | 5/16/2025 | 5301 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01028012 | 03/07/2025 | 5/16/2025 | 2704 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01028111 | 03/12/2025 | 5/16/2025 | 5301 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01028210 | 03/08/2025 | 5/16/2025 | 4601 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01028228 | 03/08/2025 | 5/16/2025 | 4601 |
| 2704-25-173554 | 10/07/2025 | 12/19/2025 | BMW01028244 | 03/08/2025 | 5/16/2025 | 4601 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200509964 | 02/26/2025 | 5/16/2025 | 2704 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200510491 | 02/26/2025 | 5/16/2025 | 2704 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200510558 | 02/24/2025 | 5/16/2025 | 2704 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200511523 | 03/02/2025 | 5/16/2025 | 3002 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200511853 | 03/12/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200511861 | 03/09/2025 | 5/16/2025 | 1703 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512091 | 03/09/2025 | 5/16/2025 | 3002 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512141 | 03/10/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512265 | 03/10/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512273 | 03/11/2025 | 5/16/2025 | 2704 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512331 | 03/11/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512448 | 03/11/2025 | 5/16/2025 | 1703 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512463 | 03/18/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512661 | 03/18/2025 | 5/16/2025 | 1401 |
| 1401-25-108406 | 10/07/2025 | 12/19/2025 | EH200512851 | 03/18/2025 | 5/16/2025 | 1401 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)