**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Stein Shostak Shostak Pollack & O'Hara, LLC

(Name of attorney of record)

on behalf of   Sound Around, Inc.                                                          in the

matter of   Sound Around, Inc.                       v.  United States                        ,

Court No.     26-03098          .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

 N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

 N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

 N/A

/s/ Elon A. Pollack

Signature of Attorney
Stein Shostak Shostak Pollack & O'Hara, LLC

Firm
445 S. Figueroa St., Suite 2388

Street Address
Los Angeles, CA 90071

City, State and Zip Code
(213) 630-8888

Telephone Number
elon@steinshostak.com

E-mail Address

June 16, 2026

Date

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)